# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division



FILED 05 AUG 22 AM 11:53
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

LAFAYETTE MILLER                     **JUDGMENT IN A CIVIL CASE**

v.

DONAL CAMPBELL, et al.               CASE NUMBER:   03-1168-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 8/2/05 this case is hereby DISMISSED without prejudice for failure to prosecute.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE


                                      THOMAS M. GOULD
                                      CLERK

  8/22/05             BY:   C. Steed
DATE                                              DEPUTY CLERK


This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on   8/24/05  .

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:03-CV-01168 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Lafayette Miller
RMSI-NASHVILLE
299582
7475 Cockrill Bend Industrial Rd.
Nashville, TN 37209--104

Honorable James Todd
US DISTRICT COURT